UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OTIS A. DANIEL,<br><br>        Plaintiff,<br><br>  -against-<br><br>ROBERT S. TUCKER, ESQ.; STEVEN I. GUTSTEIN,<br><br>        Defendants. | 1:20-CV-2149 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 24, 2020, dismissing this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court denies Plaintiff any relief he seeks under Rule 60(b) of the Federal Rules of Civil Procedure from Judge Engelmayer's July 19, 2018 Corrected Opinion & Order in *Daniel v. T&M Prot. Res., LLC*, No. 13-CV-4384, 2018 WL 3621810 (S.D.N.Y. July 19, 2018).

  The Court dismisses Plaintiff's remaining claims against Tucker and Gutstein under the doctrine of claim preclusion for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

  Chambers will mail a copy of this judgment to Plaintiff.

SO ORDERED.

Dated: April 24, 2020
    New York, New York

                   *Louis L. Stanton*
                    Louis L. Stanton
                      U.S.D.J.